**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **SHELVIN LYNN HOLMAN,** ) | |
| **ID # 00610-045,** ) | |
| Movant, ) | No. 3:20-CV-1679-D |
| ) | No. 3:06-CR-370-D (1) |
| vs. ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| Respondent. ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct and they are adopted as the findings and conclusions of the court. For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the movant's successive 28 U.S.C. § 2255 motion is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002), and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997), by separate judgment.

**SO ORDERED**.

August 7, 2020.

SIDNEY A. FITZWATER
SENIOR JUDGE